```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| WILLIAM ZUSCHIN,  Petitioner,  v.  STEPHEN SPAULDING,  Respondent. | Civil Action No. 18-cv-12220-NMG |

**ORDER**

**GORTON, J.**

On March 7, 2019, Magistrate Judge Robertson issued an order (Docket No. 4), in which she directed petitioner William Zuschin to pay the $5.00 filing fee or seek leave to proceed in forma pauperis. Judge Robertson warned Zuschin that failure to comply with the order by March 29, 2019 could result in dismissal of the action.

The deadline for complying with Judge Robertson's order regarding the filing fee has passed without any response from Zuschin. Further, Zuschin has not filed an opposition to the respondent's motion to dismiss the petition (Docket No. 6).

In light of the foregoing, the Court hereby orders:

1. Zuschin shall, within twenty-one days of the date of this order, either (a) pay the $5.00 filing fee; or (b) file a motion for leave to proceed in forma pauperis with a prison account statement.

2. Zuschin shall, within twenty-one days of the date of this order, file an opposition to the respondent's motion to dismiss.

Failure to comply with this order will result in denial of the petition. The Clerk shall provide Zuschin with (a) a copy of Judge Robertson's March 7, 2019 order; (b) an Application to Proceed in District Court without Prepaying Fees and Costs; and (c) a copy of the respondent's motion to dismiss.

**So ordered.**

                                      /s/ Nathaniel M. Gorton
                                      Nathaniel M. Gorton
                                        United States District Judge

Dated: 6/12/19