UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM ZUSCHIN,         )<br>         Petitioner,  )<br>                      )<br>     v.               )<br>                      )<br>STEPHEN SPAULDING,    )<br>         Respondent.  )<br>                      ) | Civil Action No.<br>18-cv-12220-NMG |

**ORDER**

**GORTON, J.**

For the reasons set forth below, the Court orders that this action be dismissed without prejudice.

On October 23, 2018, William Zuschin, who is incarcerated at FMC Devens, filed petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Docket No. 1) and a memorandum in support thereof (Docket No. 2). Zuschin is challenging the validity of his federal sentence. Referring to 28 U.S.C. § 2255(e), he argues that a petition under 28 U.S.C. § 2241 ("§ 2241") is an appropriate vehicle by which to challenge his sentence because a motion under 28 U.S.C. § 2255 is ineffective or inadequate to challenge the legality of his detention.

On March 7, 2019, Magistrate Judge Robertson issued an order (Docket No. 4) in which she directed Zuschin to pay the $5.00 filing fee or seek leave to proceed in forma pauperis.

Judge Robertson warned Zuschin that failure to comply with the order by March 29, 2019 could result in dismissal of the action.

On March 8, 2019, Judge Robertson ordered that the petition be served (Docket No. 5). On March 29, 2019, the respondent filed a motion to dismiss the petition (Docket No. 6). With regard to Zuschin's invocation of § 2255(e), the respondent merely asserts that the "petition does not raise a fundamental defect cognizable under § 2241." Id. at 4.

This action was subsequently reassigned to the undersigned. On June 12, 2019, the Court entered an order (Docket No. 9) ordering the petitioner to resolve the filing fee and respond to the motion to dismiss by July 3, 2019. The Court stated that failure to comply with the order would result in denial of the petition.

The deadline for complying with the Court's June 12, 2019 order has passed without any response from Zuschin.

Accordingly, the Court orders that this action be DISMISSED without prejudice for failure to pay the filing fee. The respondent's motion to dismiss shall be terminated as moot.

**So ordered.**

                                              /s/ Nathaniel M. Gorton
                                              Nathaniel M. Gorton
                                              United States District Judge

Dated: 7/19/19